IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    CHARLES L. ERMELING | : | |
|    PATRICIA C. ERMELING | : | |
|         Debtors | : | BANKRUPTCY NO. 16-18852 amc |

## NOTICE OF APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL

Notice is hereby given that counsel for debtor in the above matter, Jeffrey C. McCullough, Esquire, has filed with the Bankruptcy Court an Application for Compensation For Professional Services rendered on behalf of the debtor. Said Application seeks approval of compensation in the amount of $3250.00.

Be advised that in accordance with Bankruptcy Rule 2002(a)(7) interested parties may file with the court an Objection to the Application for Compensation within twenty days after receipt of this notice. Objections should be mailed to or filed in person at the Clerk's Office, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA  19107.  A copy of any Objection must be mailed to counsel for the debtor at the address below.

    08-08-17                                                       /s/Jeffrey C. McCullough
Date                                                            Jeffrey C. McCullough, Esquire
                                                                  Attorney for Debtors
                                                                  16 North Franklin Street, Ste. 300
                                                                  Doylestown, PA  18901
                                                                  215-348-8133
                                                                  215-348-0428 - Fax