IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   CHARLES L. ERMELING | : | |
|   PATRICIA C. ERMELING | : | |
| Debtors | : | BANKRUPTCY NO. 16-18852 amc |

**CERTIFICATION OF NO OBJECTION**

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of August 28, 2017, regarding the Application for Compensation of Debtors' Counsel.

 

 08-29-17                                                         /s/Jeffrey C. McCullough
Date                                                          Jeffrey C. McCullough, Esquire
                                                                               Attorney for Debtors
                                                                               16 N. Franklin St., Suite 300
                                                                               Doylestown, PA  18901
                                                                               215-348-8133
                                                                               215-348-0428 - Fax