IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    CHARLES L. ERMELING | : | |
|    PATRICIA C. ERMELING | : | |
|           Debtors | : | BANKRUPTCY NO. 16-18852 amc |

**ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL**

AND NOW, this 1st day of September, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $3250.00 as compensation for professional services rendered as counsel to Debtors in connection with performance of his representation of which $2000.00 has already been paid. The balance of the fee of $1250.00 is authorized to be paid to the extent provided for by the terms of the Debtors' Confirmed Chapter 13 Plan.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge