United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles L. Ermeling  
Patricia C. Ermeling  
    Debtors

Case No. 16-18852-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 01, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.  
db/jdb     +Charles L. Ermeling,    Patricia C. Ermeling,    1641 Singley Lane,    Upper Black Eddy, PA 18972-9701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:  
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Patricia C. Ermeling jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com  
     JEFFREY C. MCCULLOUGH    on behalf of Debtor Charles L. Ermeling jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
   CHARLES L. ERMELING           :
   PATRICIA C. ERMELING          :
        Debtors                :        BANKRUPTCY NO. 16-18852 amc

### ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL

AND NOW, this 1st day of September, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $3250.00 as compensation for professional services rendered as counsel to Debtors in connection with performance of his representation of which $2000.00 has already been paid. The balance of the fee of $1250.00 is authorized to be paid to the extent provided for by the terms of the Debtors' Confirmed Chapter 13 Plan.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge