United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18852-elf

Charles L. Ermeling                                                             Chapter 13

Patricia C. Ermeling

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                    Page 1 of 3

Date Rcvd: Aug 17, 2021                      Form ID: 138OBJ                              Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles L. Ermeling, Patricia C. Ermeling, 1641 Singley Lane, Upper Black Eddy, PA 18972-9701 |
| 13842842 | | Commonwealth of Pennsylvania, Department of Revenue, P.O.Box 281041, Harrisburg, PA 17128-1041 |
| 13964862 | + | Jeffrey C. McCullough, Esquire, 16 North Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 13914445 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 13842847 | | Nationstar Mortgage, 8950 Cypress WatersBlvd., Coppell, TX 75019-4620 |
| 14503646 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14503524 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 13842848 | + | Target Card Services, TD Bank USA, N.A., P.O.Box 9500, Minneapolis, MN 55440-9500 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13871801 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 18 2021 00:24:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13842837 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 18 2021 00:24:06 | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13842841 | | Email/Text: bankruptcy@cavps.com | Aug 18 2021 00:10:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 13842843 | | Email/Text: mrdiscen@discover.com | Aug 18 2021 00:10:00 | Discover Bank, P.O.Box 30943, Salt Lake City, UT 84130 |
| 13848197 | | Email/Text: mrdiscen@discover.com | Aug 18 2021 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13842845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2021 00:24:07 | Home Depot Credit Services, P.O.Box 790328, Saint Louis, MO 63179-0328 |
| 13842846 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2021 00:10:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 13915498 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2021 00:24:08 | Portfolio Recovery Associates, LLC, POB 41067, |

| | | | Norfolk VA 23541 | |
|---|---|---|---|---|
| 13869760 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Aug 18 2021 00:24:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13894602 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 18 2021 00:10:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13842840 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13842838 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13842839 | *+ | Capital One Bank USA, N.A., P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 13842844 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O.Box 30943, Salt Lake City, UT 84130 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JEFFREY C. MCCULLOUGH | on behalf of Joint Debtor Patricia C. Ermeling jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Charles L. Ermeling jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 17, 2021 | Form ID: 138OBJ | Total Noticed: 21

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Charles L. Ermeling and Patricia C. Ermeling

       Debtor(s)

Case No: 16−18852−elf

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/17/21

36 − 30
Form 138OBJ